**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:21-cv-01747-KLM

RTP ROOFING CO.,

    Plaintiff,

v.

TRAVELERS COMPANIES, INC.,

    Defendant.

---

**PLAINTIFF'S NOTICE OF FILING
OF FIRST AMENDED COMPLAINT AND JURY DEMAND**

---

    Plaintiff RTP Roofing Co. ("RTP" or "Plaintiff"), through its attorneys, Daly & Black, P.C., and Gray LLC, files Plaintiff's Notice of Filing of First Amended Complaint and Jury Demand, and states and alleges as follows:

    Pursuant to Fed. R.Civ. P. 15(a)(1)(B) and D.C.COLO.LCivR 15.1, RTP hereby provides notice of filing of Plaintiff's First Amended Complaint and Jury Demand, which seeks to include additional allegations.

    Pursuant to D.C.COLO.LCivR 15.1, Defendant has provided written consent for RTP to amend the Complaint and a version that strikes through the text to be deleted and underlines the text to be added is attached as Exhibit 1.

Respectfully submitted November 12, 2021.


s/ Richard D. Daly
*Richard D. Daly*
Daly & Black, P.C.
John Scott Black
Melissa Waden Wray
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Tel: 713.655.1405
Email: rdaly@dalyblack.com
jblack@dalyblack.com
mwray@dalyblack.com
ecfs@dalyblack.com (service)

and

/s/ William C. Gray
*William C. Gray*
Gray LLC
Nathalie E. Sar
17 N. State St., Suite 1600
Chicago, Illinois 60602
Tel: 312.967.3653
Email: bgray@grayllclaw.com
nsar@grayllclaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on November 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Wystan M. Ackerman
ROBINSON & COLE LLP
280 Trumbull St.
Hartford, Connecticut 06103
wackerman@rc.com
Tel: 860.275.8388
Fax: 860.275.8299

Matthew Scott Ponzi
Foran Glennon Palandeck Ponzi & Rudloff PC - Chicago
222 North La Salle St., Suite 1400
Chicago, Illinois 60601-1059
mponzi@fgppr.com
Tel: 312.863.5000
Fax: 312.863.5099

Steven Carl Swanson
Foran Glennon Palandeck Ponzi & Rudloff PC – Denver
700 17th St.
Denver, Colorado 80202
sswanson@fgppr.com
Tel: 720.336.2245
Fax: 312.863.5099


s/ Richard D. Daly
*Richard D. Daly*